[No. 11383–6–I.  Division One.  November 29, 1982.]

RHO COMPANY, INC., *Respondent,* v. DEMERS DESIGN DRAFTING, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–09103–2, Jack P. Scholfield, J., entered

April 2, 1982. *Dismissed* by unpublished per curiam opinion.